UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | |
| JOSEPH BAPTISTE, | * | Criminal Action No. 17-cr-10305-ADB |
| | * | |
| Defendant. | * | |
| | * | |

**PRETRIAL ORDER**

BURROUGHS, D.J.

It is hereby ORDERED that:

1. Trial shall commence on October 15, 2018 at **9:00 A.M.** in Courtroom 17.

2. The government shall by September 12, 2018, disclose to the defendant:

   a) The exculpatory information identified in Local Rule 116.2 that has not been previously produced; and

   b) A general description (including the approximate date, time, and place) of any crime, wrong, or act the government proposes to offer pursuant to Fed. R. Evid. 404(b).

3. Statements (as defined in 18 U.S.C. § 3500(e) and Fed. R. Crim. P. 26.2(f)) of witnesses each party intends to call in its or his case-in-chief shall be produced by October 1, 2018, unless the parties state otherwise.

4. The parties shall by September 12, 2018, file proposed voir dire questions, proposed jury instructions, any **Motions in Limine** with supporting memoranda, and a trial brief. Replies to any motion in limine shall be filed by September 21, 2018.

5. The government shall by October 1, 2018:

        a)      Provide the defendant with the names and addresses of witnesses the government intends to call at trial in its case-in-chief. If the government subsequently forms an intent to call any other witness, the government shall promptly notify the defendant of the name and address of that prospective witness.

        b)      Provide the defendant with copies of the exhibits and a premarked list of exhibits the government intends to offer in its case-in-chief. If the government subsequently decides to offer any additional exhibit in its case-in-chief, the government shall promptly provide the defendant with a copy of the exhibit and a supplemental exhibit list.

6.      The defendant shall by <u>October 9, 2018</u>:

        a)      Provide the government with the names and addresses of the witnesses the defendant intends to call in his case-in-chief. If the defendant subsequently forms an intent to call any other witness in his case-in-chief, he shall promptly notify the government of the name and address of that witness.

        b)      Provide the government with copies of the exhibits and a premarked list of the exhibits the defendant intends to offer in his case-in-chief. If the defendant subsequently decides to offer any additional exhibits in his case-in-chief, he shall promptly provide the government with a copy of the exhibit and a supplemental exhibit list.

7.      The parties shall by <u>October 10, 2018</u> file a written stipulation of any facts that they agree are not in dispute.

**8.**      **The final pretrial conference and hearing on motions in limine, etc. shall be held on <u>October 4, 2018</u> at <u>10:00 am</u>.**

**NOTE: IF THE COURT RESCHEDULES THE TRIAL, ALL SUBMISSION DATES IN**

**THIS ORDER REMAIN IN EFFECT UNLESS COUNSEL FILE A MOTION SEEKING LEAVE OF COURT TO MODIFY THEM TO SPECIFICALLY DESIGNATED DATES.**

May 16, 2018                                                          /s/ Allison D. Burroughs
                                                                      ALLISON D. BURROUGHS
                                                                      U.S. DISTRICT JUDGE