UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                                       )<br>)<br>JOSEPH BAPTISTE                  )<br>)<br>    and                                    )<br>)<br>ROGER RICHARD BONCY,     )<br>)<br>    Defendants                         )  | No. 17-cr-10305-ADB |

**GOVERNMENT'S MOTION *IN LIMINE* ON THE ADMISSIBILITY
OF THE DEFENDANT'S SIGNED STATEMENT OF FACTS**

The United States moves this Court, for the reasons stated in the accompanying Memorandum of Law, for an order allowing the government to offer into evidence, and to discuss in its opening statement at trial, a statement of facts that the defendant Joseph Baptiste signed as part of a plea agreement that he later breached. The defendant's plea agreement included a stipulation as to the admissibility of the defendant's signed statement notwithstanding Federal Rule of Evidence 410. The statement itself is otherwise admissible under Federal Rule of Evidence 801(d)(2)(A).

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

/s/Kriss Basil
KRISS BASIL, BBO# 673074
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel:  (617) 748-3100
kriss.basil@usdoj.gov

1

SANDRA MOSER
ACTING CHIEF, FRAUD SECTION
ELINA A. RUBIN-SMITH
TRIAL ATTORNEY
1400 New York Avenue, NW
Washington, D.C. 20005
Tel:  (202) 616-1617
elina.rubin-smith@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/Kriss Basil
Kriss Basil
Assistant U.S. Attorney