# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 17-cr-10305-ADB |
| JOSEPH BAPTISTE | |
| and | |
| ROGER RICHARD BONCY, | |
| Defendants | |

## GOVERNMENT'S MOTION FOR LEAVE
## TO DISMISS SUPERSEDING INDICTMENT

The United States of America, by and through its attorneys, Rachael S. Rollins, United States Attorney for the District of Massachusetts, and Lorinda I. Laryea, Acting Chief of the Fraud Section of the Criminal Division of the United States Department of Justice, respectfully move for an order dismissing, with prejudice, the Superseding Indictment as to defendants Joseph Baptiste and Roger Richard Boncy, under Rule 48(a) of the Federal Rules of Criminal Procedure.

As grounds for this request, the government notes that, as it previously notified the Court and the parties, on the evening of June 23, 2022, the Federal Bureau of Investigation ("FBI") provided to the prosecution team contemporaneous writings about the content of December 19, 2015 calls between defendant Boncy and an undercover agent that had not been previously disclosed to the prosecution team. The government provided this information to the defense on June 24, 2022. In light of the Court's Rule 33 decision vacating the prior convictions, which was affirmed on appeal, the loss of the December 19 recordings, and the belated disclosure of communications concerning the content of the December 19 recordings, the government seeks to exercise its discretion and dismiss the Superseding Indictment. As a result, the government is not

seeking a retrial.  Finally, the government submits that dismissal with prejudice serves the interest of justice.

The government has conferred with the defendants, both of whom consent to dismissal of this case with prejudice.

Dated: June 27, 2022                                              Respectfully submitted,

                                                                                  RACHAEL S. ROLLINS
                                                                                  United States Attorney

                                                              By:     /s/Kriss Basil
                                                                                  KRISS BASIL
                                                                                  Assistant United States Attorney
                                                                                  John Joseph Moakley Courthouse
                                                                                  One Courthouse Way, Suite 9200
                                                                                  Boston, Massachusetts 02210
                                                                                  Tel:  (617) 748-3100
                                                                                  kriss.basil@usdoj.gov


                                                                                  LORINDA I. LARYEA
                                                                                  ACTING CHIEF, FRAUD SECTION
                                                                                  CRIMINAL DIVISION

                                                                                  KATHERINE RAUT
                                                                                  ANTHONY SCARPELLI
                                                                                  Trial Attorneys
                                                                                  United States Department of Justice
                                                                                  1400 New York Avenue, NW
                                                                                  Washington, D.C. 20005
                                                                                  Tel:  (202) 262-2637
                                                                                  katherine.raut@usdoj.gov
                                                                                  anthony.scarpelli2@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                                                  /s/Kriss Basil
                                                                                  Kriss Basil
                                                                                  Assistant U.S. Attorney